# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY WILSON, Regional Director of the Sixth Region of the NATIONAL LABOR RELATIONS BOARD, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner<br><br>v.<br><br>PG PUBLISHING CO., INC. D/B/A PITTSBURGH POST-GAZETTE,<br><br>Respondent | Civil No. 2:24-cv-01166 |

## MOTION TO REDACT CERTAIN DOCUMENTARY EVIDENCE

Pursuant to this Court's Local Rule 5.2(H), and Rule 26(c) of the Federal Rules of Civil Procedure, Petitioner hereby gives notice and moves for: (1) to redact from all affidavits and other witness statements submitted as exhibits in this matter the names and other identifying information of employees employed by Respondent PG Publishing Co. d/b/a Pittsburgh Post Gazette (PPG); (2) to use as identifiers a letter of the alphabet in place of the employees' names; and (3) to file under seal otherwise identical documents containing the unredacted personal data identifiers.

A protective order is necessary to protect employees' confidential cooperation in the Board's investigation and the integrity of the Board's processes. Employees' fear that their cooperation with the Board or the union sympathies of employees could result in retaliation from their employer is not speculative. Here, PPG is alleged to have committed serious unfair labor practices with the goal of destroying a union's support. The fact that employees may have become disaffected with the Unions due to the PPG's unlawful conduct is probative of whether

1

irreparable harm is likely absent temporary injunctive relief. [See Petitioner's Petition for Injunction and Supporting Memorandum of Points and Authorities]. The employees' identities, however, are not probative of any issue before this Court. Petitioner's institutional interest in the confidentiality of the identity of its witnesses cannot be overstated. Petitioner assures each and every witness that comes before it that their affidavit and any statement provided to a Board Agent will be kept confidential until they are called to testify. Even then, Board law allows Petitioner to move to have certain portions excised by the Administrative Law Judge if they are not related to the witnesses' testimony or to matters raised by the pleadings. See *Caterpillar, Inc.*, 313 NLRB 626 (1994).

In short, PPG is not entitled to the unredacted employee affidavits and statements unless and until the employee witnesses are called to testify, and PPG ought not to be given an opportunity to use its power over the employee witnesses to induce more favorable testimony before a record can be created.

Concurrent with this motion, Petitioner has filed its Petition for Temporary Injunction under section 10(j) of the National Labor Relations Act and a Memorandum of Points and Authorities in support of the Petition. Petitioner has not yet filed certain exhibits, consisting of employee affidavits and statements, but is prepared to file these exhibits with employee names and other identifying information redacted in accordance with the proposed protective order.

Upon grant of this Motion, Petitioner will immediately file and serve the redacted exhibits, and will submit to the Court otherwise identical documents containing the unredacted personal data identifiers, in accordance with Local Rule 5.2(E)(1).[1]

---

[1] Should the Court deny this Motion or otherwise so order, Petitioner will immediately file and serve unredacted versions of its exhibits.

Dated at Pittsburgh, Pennsylvania this 14th day of August 2024.

/s/ Anne E. Tewksbury

Anne E. Tewksbury (Attorney ID: PA 33314)
Attorney for the Petitioner
National Labor Relations Board, Region 6
1000 Liberty Avenue, Room 904
Pittsburgh, PA 15222
Telephone: (412) 690-7115
Fax: (412) 395-5986
Anne.Tewksbury@nlrb.gov

/s/ Zuzana Murarova

Zuzana Murarova (Attorney ID: OH 88431)
Attorney for the Petitioner
National Labor Relations Board, Region 6
1000 Liberty Avenue, Room 904
Pittsburgh, PA 15222
Telephone: (412) 690-7122
Fax: (412) 395-5986
Zuzana.Murarova@nlrb.gov