# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY WILSON, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) 2:24-cv-01166-CB |
| v. | ) |
| | ) |
| PG PUBLISHING CO., INC., | ) |
| | ) |
| Defendant(s). | ) |

Hearing Type: TELEPHONIC STATUS CONFERENCE

Date: 11/15/24

Before:  Judge Cathy Bissoon

| | |
|---|---|
| Counsel for Plaintiff | Zuzana Murarova, Anne Elaine Tewksbury |
| Counsel for Defendant | Brian M. Hentosz |
| Court Reporter | Jane Proud |
| Law Clerk | DCD |
| Start time | 11:04 AM |
| End time | 11:20 AM |

**SUMMARY OF PROCEEDINGS:**

Conference held.  Order to follow.